IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DAVID MICHAEL DISTEFANO, :
*Personal Representative for* :
*the Estate of ELLEN H. DISTEFANO* : Case No. 3:16-cv-0284
:
Plaintiff(s), : JUDGE WALTER H. RICE
- vs - :
:
DOLE FRESH VEGETABLES, INC., :
:
Defendant(s). :
:

**ORDER**

It is hereby ordered that the above captioned cause be administratively processed.

_____
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

AOProcessing/"Case reported settled with final dismissal to be filed by counsel."