**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (AT DAYTON)**

| | |
|---|---|
| DAVID MICHAEL DISTEFANO, Individually and as the Personal Representative for the Estate of ELLEN H. DISTEFANO, | CASE NO. 16-CV-00284-WHR |
| | JUDGE: WALTER H. RICE |
| Plaintiff, | **STIPULATED DISMISSAL** |
| v. | |
| DOLE FRESH VEGETABLES, INC, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff David Michael DiStefano, hereby dismisses, with prejudice, each and every claim in this litigation against Defendant Dole Fresh Vegetables, Inc., each party to bear their own costs.  All parties who have appeared in connection with the above-captioned proceeding have stipulated and agreed to the filing of this Dismissal.

                                          Respectfully submitted,

                                          */s/ Heather M. Lutz*
                                          Natalia Steele (0082530)
                                          Heather M. Lutz (0082237)
                                          VORYS, SATER, SEYMOUR AND PEASE LLP
                                          200 Public Square, Suite 1400
                                          Cleveland, OH  44114
                                          Telephone:  (216) 479-6100
                                          Facsimile:  (216) 479-6060
                                          Email: nsteele@vorys.com
                                                     hmlutz@vorys.com

and

Jessica Knopp Cunning (0089165)
VORYS, SATER, SEYMOUR AND PEASE LLP
106 S. Main Street, Suite 1100
Akron, OH  44308
Telephone: (330) 208-1000
Facsimile:  (330) 208-1001
Email:  jkcunning@vorys.com

*Counsel for Plaintiff Michael DiStefano, individually and as Personal Representative of the Estate Ellen H. DiStefano, Philip P. DiStefano, Phil DiStefano, Paula Seivertson, and Thomas DiStefano*

Stipulated and Agreed to by:

*/s/ Alyssa L. Rebensdorf* (per consent)
R. Leland Evans (0006833)
Dickie, McCamey & Chilcote, P.C.
250 Civic Center Drive, Suite 280
Columbus, Ohio 43215
revans@dmclaw.com
Telephone: (614) 258-5718
Facsimile: (888) 811-7144

and

Sarah L. Brew (admitted *pro hac vice*)
(MN Bar ID: 209958)
Alyssa L. Rebensdorf (admitted *pro hac vice*)
(MN Bar ID: 296478)
Rachael D. Spiegel (admitted *pro hac vice*)
(MN Bar ID: 398030)
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Email: Sarah.Brew@FaegreBD.com
Alyssa.Rebensdorf@FaegreBD.com
Rachael.Spiegel@FaegreBD.com
Facsimile: (612) 766-7000

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of August, 2017, a copy of the foregoing was electronically filed with the Court, and all parties may access the filing via the Court's ECF system.

*/s/ Heather M. Lutz*
Heather M. Lutz (0082237)
Vorys, Sater, Seymour and Pease LLP
200 Public Square, Suite 1400
Cleveland, OH  44114
Telephone:  (216) 479-6187
Facsimile:   (216) 937-3744
hmlutz@vorys.com